## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Crim. No. 08-139 (JMR/SRN) |
| **Plaintiff,** | |
| v. | **O R D E R** |
| **Uriel Fernando Arguello,** | |
| **Defendant.** | |

Ann Anaya, Esq., United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Charles L. Hawkins, Esq., 150 South Fifth Street, Suite 3260, Minneapolis, Minnesota 55402, for Defendant Uriel Fernando Arguello

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections were filed to that Report and Recommendation in the time period permitted.  Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Uriel Fernando Arguello's Motion to Suppress Statements (Doc. No. 13) is **DENIED**; and

2. Defendant Uriel Fernando Arguello's Motion to Suppress Evidence Obtained Through Search (Doc. No. 14) is **DENIED**.

Dated:  August 20, 2008

        s/James M. Rosenbaum
        JAMES M. ROSENBAUM
        United States District Judge