AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| URIEL FERNANDO ARGUELLO | ) | Case No: 08-139 (01) |
| | ) | USM No: |
| Date of Original Judgment: 04/16/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Katherine Menendez |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons     the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   156   months **is reduced to**   125 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/16/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/10/15                                                        s/ Michael J. Davis
                                                                              *Judge's signature*

Effective Date: 11/1/2015                                                      Chief Judge Michael J. Davis
*(if different from order date)*                                              *Printed name and title*